UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

INDEX #: 14 CV 2184 JMF, RLE

FERNANDO GREEN A/K/A FREDDY GREEN, ET AL.,

DATE FILED:
Job #: 440378
Your File No:

*vs*

INEEDMD, INC. AND GOVINDAN GOPINATHAN, M.D.

*Plaintiff*

ALAN M. DAVIS, ESQ
121-B WEST OAK ST
AMITYVILLE, NY 11701
COURT DATE

*Defendant*

CLIENT'S FILE NO.:

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NASSAU    ss:

I, Robert Piaskowy, being duly sworn deposes and says deponent is not a party to this action and is over the age of eighteen years and resides in the state of New York.

That on 4/17/2014 at 4:08 PM at 650 1ST AVENUE, NEW YORK, NY 10016, deponent served the within Civil Cover Sheet, Summons in a Civil Action, Complaint, Individual Rules & Practices in Civil Cases-Jesse M. Furman, United States District Judge, Individual Practices of Magistrate Judge Ronald Ellis and Electronic Case Filing Rules and Instructions by personally delivering to and leaving with ELSA LOPEZ for INEEDMD, INC. , a true copy thereof, and that deponent knew the person so served to be the /MANAGING AGENT and stated (s)he was authorized to accept legal papers for the defendant.

A description of the person served on behalf of the defendant is as follows:
**Approx Age**: 54, **Approx Weight**: 131-160 lbs, **Approx Height**: 5ft4in-5ft8in, **Sex**: Female,
**Approx Skin**: White, **Approx Hair**: Blonde, **Glasses**:  **Other**:

Sworn to before me on 4/21/2014
Jason A Saccone 01SA6001537
Notary Public, State of New York
Qualified in Nassau County
Commission Expires January 20th 2018

Robert Piaskowy
1298947

R/D Traveler's 206 Stonehinge Ln - Ste 2, Carle Place, NY 11514 - NYC DCA Lic# 1373465